UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

_____,  )
)
Plaintiff,  )
)
v:  ) Civil Case No. _____
)
)
_____,  )
)
Defendant(s).  )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

   Kohl's Department Store
   1239 W. Pearce Blvd. Wentzville, MO. 63385

My gross pay or wages are: $ 169.86 , and my take-home pay or wages are: $ 71.71 per
(specify pay period) 1-15-2023 - 01/21-2023

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment    \_\_\_ Yes   ✓ No
   (b) Rent payments, interest, or dividends              \_\_\_ Yes   ✓ No
   (c) Pension, annuity, or life insurance payments       \_\_\_ Yes   ✓ No
   (d) Disability or worker's compensation payments       \_\_\_ Yes   ✓ No
   (e) Gifts or inheritances                              \_\_\_ Yes   ✓ No
   (f) Any other sources                                  \_\_\_ Yes   ✓ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account:  $ 6.69

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 2002 Chevy S10 Pickup Truck Chevy

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Cable/internet $ 60.00 a/ monthly
Child Support/Medical Support $ 236.08 a/ monthly
City of Warrenton water/sewer/trash $ 90.00 a/ monthly
Bank loan $ 113.41 a/ month
Insurance/transportation vehicle $ 288.00 a/ monthly
Renters insurance Nationwide (apartment) $ 29.00 a/ monthly
Phone Bill (AT&T) wireless $ 32.00 a/ monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Gabrielle Devivo - Daughter 4/21/2006

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Back arrears and medical support for my son Dustin Adams that resides in Texas. I owe child support that is deducted from my pay checks every week and any money that comes to me from the state or federal goes towards back owed monies. (see attached letter)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

*(signature)* Jeannie M. Urban
Applicant's Signature

Jeannie M. Urban
Printed Name

1/30/2023
Date

# KOHL'S

Kohl's, Inc.  N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051  +1 (262) 703-7000
JEANNIE URBAN  28000 Water's Edge Drive #108 Warrenton, MO 63383

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| JEANNIE URBAN | Kohl's, Inc. | 3706268 | 01/15/2023 | 01/21/2023 | 01/27/2023 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 169.86 | 0.00 | 13.32 | 84.83 | 71.71 |
| YTD | 950.24 | 0.00 | 87.06 | 339.32 | 523.86 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 01/15/2023 - 01/21/2023 | 0 | 0 | 1.50 | 5.00 |
| Holiday | | | 0 | | 48.00 |
| Regular Hourly Earnings | 01/15/2023 - 01/21/2023 | 14.03 | 12 | 168.36 | 897.24 |
| Earnings | | | | 169.86 | 950.24 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 10.53 | 58.91 |
| Medicare | 2.46 | 13.78 |
| Federal Withholding | 0.33 | 13.37 |
| State Tax - MO | 0.00 | 1.00 |
| Associate Taxes | 13.32 | 87.06 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Support (0011744791) | 83.33 | 333.32 |
| IWO Employer Fee | 1.50 | 6.00 |
| Post Tax Deductions | 84.83 | 339.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 169.86 | 950.24 |
| Medicare - Taxable Wages | 169.86 | 950.24 |
| Federal Withholding - Taxable Wages | 169.86 | 950.24 |

| | Federal | State | | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married Spouse Works or Married Filing Separate | | | | |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| first community | Jeannie Urban | ******2521 | | 71.71 | USD |

2:25

**< Accounts**    **Account History**

### FRESH START LOAN 01

Balance _____ **$567.03**

Due _____ Feb 26, 2023

Amount due _____ $113.41

Details

| Posted |
|---|
| **Loan Advance**                 -$567.03 |
| JAN 26, 2023                       $567.03 |
| *Principal*                           -$567.03 |

I'm Scheduled For five(5) payments to be auto withdrawn from my Account starting on 2/26/2023.

Jeannie M. Urban
1/30/2023

   

Accounts    Transfers    Payment Hub    Check Deposit    More



FS#: 0634519029
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



KEN PAXTON
ATTORNEY GENERAL of TEXAS
CHILD SUPPORT DIVISION

JEANNIE URBAN
28770 ORCHARD FARM CIR
WRIGHT CITY MO 63390-3000

Fecha: **04/02/2022**
Identificación de Miembro: **05438167**
Número de Causa: **97-50832-367**
Número de Caso: **0011744791**

Estas son sus obligaciones de manutención de niños:

| | | | |
|---|---|---|---|
| **CHILD SUPPORT PAYMENT PLAN 1** | 194.00 | MONTHLY | 194.00 |
| **MEDICAL SUPPORT PAYMENT PLAN 1** | 42.08 | MONTHLY | 42.08 |

**Pague esta cantidad para 05/2022:**  [ **$236.08** ]  Fecha de vencimiento del pago: **05/01/2022**

**Aviso Importante:** Si la cantidad de pago que se muestra arriba es cero, pero aun debe pagos atrasados en su caso (que aparecen abajo), envíe todo el saldo que debe o continúe haciendo pagos regulares a su cuenta atrasada hasta que el balance sea pagado por completo.

**MENSAJES**

| PRINCIPAL TOTAL | INTERÉS TOTAL | PAGOS ATRASADOS (INCLUYE MANUTENCIÓN NO PAGADA A PARTIR DE LA FECHA DE FACTURA) |
|---|---|---|
| $22,247.55 + | $6,253.52 = | $28,501.07 |

STATEMENT MAY NOT REFLECT ANY RECENT PAYMENTS. CHECK YOUR BALANCE AT CHILDSUPPORT.OAG.STATE.TX.US OR 1-800-252-8014.

**Por favor envíe su pago a:**
**TX CHILD SUPPORT SDU**
**PO BOX 659791**
**SAN ANTONIO TX 78265-9791**

022121

MC: ME

FS#: 0634519029
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048


**KEN PAXTON**
ATTORNEY GENERAL of TEXAS
CHILD SUPPORT DIVISION

JEANNIE URBAN
28770 ORCHARD FARM CIR
WRIGHT CITY MO 63390-3000

Date: **04/02/2022**
Member ID: **05438167**
Cause Number: **97-50832-367**
Case Number: **0011744791**

---

The following are your child support obligations:

| | | | |
|---|---|---|---|
| CHILD SUPPORT PAYMENT PLAN 1 | 194.00 | MONTHLY | 194.00 |
| MEDICAL SUPPORT PAYMENT PLAN 1 | 42.08 | MONTHLY | 42.08 |

Pay this amount for 05/2022:       [ $236.08 ]       Due date for payment: 05/01/2022

**Important Note:** If the above payment amount due is zero, but you still owe arrears on your case (shown below), send the entire balance due or continue to make regular payments toward your arrears until the balance is paid in full.

### MESSAGES

| TOTAL PRINCIPAL | | TOTAL INTEREST | | ARREARS (INCLUDES UNPAID CURRENT SUPPORT AS OF STATEMENT DATE) |
|---|---|---|---|---|
| $22,247.55 | + | $6,253.52 | = | $28,501.07 |

STATEMENT MAY NOT REFLECT ANY RECENT PAYMENTS. CHECK YOUR BALANCE AT CHILDSUPPORT.OAG.STATE.TX.US OR 1-800-252-8014.

Please mail your payment to:
TX CHILD SUPPORT SDU
PO BOX 659791
SAN ANTONIO TX 78265-9791

November 2014                               0634519029                               Form 6B001e

Jeannie M. Urban
28000 Waters Edge Dr #108
Warrenton, MO. 63383

SAINT LOUIS MO 630
31 JAN 2023 PM 7 L

RECEIVED
FEB 02 2023
BY MAIL

U.S. District Courts
Eastern Mo.
111 S. 1th Street
St. Louis, MO. 63102