**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNIE M. URBAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23CV74 JAR |
| | ) | |
| WALMART, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss Case [ECF No. 16].

Defendant's Motion was filed on April 18, 2023. Plaintiff, who is proceeding *pro se*, has not

responded to the Motion, and the deadline to do so has long passed. The Court will grant

Plaintiff fourteen days to respond to Defendant's Motion. Failure to do so will result in the Court

ruling on Defendant's unopposed Motion to Dismiss and/or possible dismissal of this action for

failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is given fourteen (14) days from the date of

receipt of this Order to respond to Defendant's Motion to Dismiss Case.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of Defendant's Motion to

Dismiss Case [ECF No. 16] and Memorandum in Support [ECF No. 17] with this Order to

Plaintiff's address on file.

Dated this 4th day of August, 2023.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**