**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNIE M. URBAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23CV74 JAR |
| | ) | |
| WALMART, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this case is dismissed without prejudice.

Dated this 13th day of March, 2024.

*/s/ John A. Ross*
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**